No. 85–558. O'CONNOR ET UX. v. UNITED STATES;
No. 85–559. COPLIN ET UX. v. UNITED STATES; and
No. 85–560. MATTOX ET UX. v. UNITED STATES. C. A. Fed. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 761 F. 2d 688.